Schedule A

| Columns | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 1. | SAILOR MUSIC | ABRACADABRA | STEVE MILLER | May 17, 1982 | PA 142-113 | July 15, 2009 |
| 2. | CONTROVERSY MUSIC | NOTHING COMPARES 2 U | PRINCE | August 12, 1985 | PA 261-000 | July 15, 2009 |
| 3. | INNOCENT BYSTANDER, WRITE TREATAGE MUSIC, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. | ALIVE | EDDIE VEDDER, STONE GOSSARD | August 27, 1991 | PA 544-549 | July 15, 2009 |
| 4. | HIDEOUT RECORDS AND DISTRIBUTORS, INC. (GEAR PUBLISHING DIVISION) | WE'VE GOT TONITE (A/K/A WE'VE GOT TONIGHT) | BOB SEGER | September 18, 1978 | PA 19-925 | July 15, 2009 |