UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SAILOR MUSIC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:10-CV-01110-AGF |
| ) | |
| TWISTER'S IRON HORSE SALOON, ) | |
| L.C., et al., ) | |
| ) | |
| Defendants. ) | |

# **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' Motion for Revival of Judgment. (ECF No. 69). The Court ordered Defendant Douglas Walker to show cause in writing why the judgment should not be revived. (ECF No. 71). Plaintiffs then filed a satisfaction of judgment, acknowledging full satisfaction of the judgment against Defendant Douglas Walker. (ECF No. 73).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Revival of Judgment is **DENIED as moot**. (ECF No. 69).

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2022.